| DISTRICT COURT, PUEBLO COUNTY, COLORADO<br>501 N. Elizabeth St<br>Pueblo, Colorado 81003 | DATE FILED: August 25, 2021 1:47 PM<br>FILING ID: B8B348823689E<br>CASE NUMBER: 2021CV30286 |
|---|---|
| Plaintiff: Terri Wallace<br><br>v.<br><br>Defendants: Family Dollar Stores of Colorado, LLC, and MC Equity LLC | ▲  COURT USE ONLY  ▲ |
| Attorney for Plaintiff:<br>Hassler Law Firm, LLC<br>Stephen M. Johnston  #34307<br>616 West Abriendo Ave.<br>Pueblo, CO  81004<br>Phone: (719)  544-2929    Fax: (719)  544-1067<br>E-Mail: Stephen.Johnston@hasslerlegal.com | Case No.2021CV030286<br><br>Div.:   405              Ctrm: |
| **PLAINTIFF'S AMENDED COMPLAINT** ||

**COMES NOW**, the above-named Plaintiff, by and through her attorneys, Hassler Law Firm, LLC., and for Plaintiff's Amended Complaint, states as follows:

I. **VENUE AND JURISDICTION**

1. At all relevant times herein, the Plaintiff was a resident of Pueblo County, Colorado.

2. Upon information and belief, at all relevant times herein, the Defendant, Family Dollar Stores of Colorado, LLC (Family Dollar) is a corporation licensed by the state of Virginia doing business in the state of Colorado.

3. Upon information and belief, at all relevant times herein, the Defendant, MC Equity, LLC (MC Equity) is a corporation licensed by the state of Texas doing business in the State of Colorado.

3. All acts referred to herein, unless specified otherwise, occurred within the County of Pueblo, State of Colorado.

4. Venue for this action is proper in Pueblo County, Colorado, pursuant to Rule 98 of the Colorado Rules of Civil Procedure.

5. This Court has subject matter jurisdiction over this matter as a court of general jurisdiction.

1

6. Defendant, Family Dollar, transacted business within the borders of the State of Colorado.

7. In addition, the Defendant, MC Equity owns property in the State of Colorado. Therefore, the Court has jurisdiction over this matter pursuant to C.R.S. section 13-1-124.

## II.     GENERAL ALLEGATIONS

8. The Plaintiff incorporates the allegations in paragraphs one through six as if set forth fully herein.

9. On or about September 7, 2019, the Plaintiff was a customer at Family Dollar Corporation, hereinafter Family Dollar, a discount retail store located at 2639 N. Elizabeth St, Pueblo, Colorado 81008. While a customer at Family Dollar, the Plaintiff was leaving the establishment and turned west of the exit and tripped and fell on the sidewalk due to uneven cement. The Defendant failed to inform the public of the dangerous condition that existed on the property and MC Equity failed to maintain the property. The Plaintiff's fall resulted in injuries to the Plaintiff.

10. The uneven concrete was a hazardous condition of the property.

11. As a result of the fall, Plaintiff suffered serious injuries that required medical attention, and the Plaintiff suffered damages and losses as a result of her fall.

12. The Defendants retained possession and the right to control the area where the Plaintiff was injured.

## III.    CLAIM FOR RELIEF – PREMISES LIABILITY PURSUANT TO C.R.S. SECTION 13-21-115.

13. Plaintiff incorporates the allegations in paragraphs one through eleven above as if set forth fully herein.

14. The Defendants owned/controlled the property where the Plaintiff was injured at the time of the incident.

15. A condition existed on the premises which created an unreasonable risk of injury, damages and losses to the Plaintiff.

16. The condition in question was one the Defendants knew or reasonably should have known of, in sufficient time to have corrected or adequately warned the

    Plaintiff that the condition was there so that the injury could have been prevented, and the Defendants failed to do so.

17. The Defendants are negligent because they failed to use reasonable care in the management and/or maintenance of the premises and property with respect to the operation of its business on the premises.  In addition, the Defendants failed to adequately warn of the dangerous condition.

18. The Defendants failed to use reasonable care to protect against the danger on the property.

19. The Plaintiff has injuries, damages and losses.

20. The Defendants negligence was a direct cause of the Plaintiff's injuries, damages and losses.

21. The Defendants failure was a cause of the Plaintiff's injuries, damages and losses.

WHEREFORE, Plaintiff prays for judgment to be entered in her favor and against the Defendant as follows:

  a) Compensatory damages, in a sum to be determined fairly by the trier of fact; and
  b) Costs, interest as allowable by state law, expert witness fees, and such other and further relief as this Court may deem proper.

DATED this 25th day of August, 2021.

    HASSLER LAW FIRM, LLC


    */s/ original signature on file*____
    Stephen M. Johnston, #34307
    Attorneys for Plaintiff

Plaintiff's address:

2516 West St
Pueblo, CO 81003

EXHIBIT A